PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard West                               Cr.: 00-00286-001

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 03/21/01

Original Offense: Possession of Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 2

Original Sentence: 55 months BOP

Type of Supervision: 36 months                               Date Supervision Commenced: 04/27/05

Assistant U.S. Attorney: To be Assigned          Defense Attorney: Laurie Fierro, Esq. (Assigned)

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'
 | Although instructed, the offender failed to report to the U.S. Probation Office on August 14, August 2, May 29, May 22, May 9, April 27 and March 27, 2007. The undersigned officer has left numerous voice messages on the offender's home phone, as well as conducted several home visits at his residence in an attempt to meet with the offender. All efforts have been unsuccessful. Additionally, the offender has failed to submit his monthly supervision reports for February, March, June and July 2007. It should be noted that the U.S. Probation Office has been in contact with the offender since March 2007; however, he continues to fail to report and contact the probation officer as instructed.

2      The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

In January 2007, the offender was terminated from his employment position as a loader/unloader at Regional Industries, LLC, a waste management company located in Elizabeth, New Jersey, after he failed to report for work on more than one occasion and failed to report for work on time. The undersigned officer has also referred the offender to various employment agencies in an effort to assist him in securing full-time employment; however, on each occasion, the offender failed to follow-up with the agency or provide the U.S. Probation Office with employment search forms informing where he has applied for work.

3      The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $710; it shall be paid in the following manner: equal monthly installments of at least $30 to commence 30 days from release.**

The offender has an outstanding fine balance of $710. His last payment was submitted on October 12, 2004, while in custody, despite numerous efforts by the U. S. Probation Office advising him to satisfy this outstanding balance. Furthermore, he has failed to submit a completed Personal Financial Statement as instructed.

4      The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

Following his termination from employment at Regional Industries, LLC, in January 2007, the offender failed to notify PO of change in employment within 72 hours as noted in his term of supervised release conditions.

I declare under penalty of perjury that the foregoing is true and correct.

By: Liz Villa
U.S. Probation Officer
Date: 8/17/07

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

22 August 2007
Date