PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Richard West                     Cr.: 00-00286-001
                                                    PACTS #: 26335

Name of Sentencing Judicial Officer: Honorable William H. Walls

Date of Original Sentence: 03/21/01

Original Offense: Possession of Firearm by Convicted Felon in violation of Title 18 U.S.C. § 922(g)(2)& (2)

Original Sentence: 55 months

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/27/05

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The offender has failed to satisfy an outstanding fine balance of $710. At sentencing, he was instructed to satisfy the fine amount over the term of supervised release. Based on his financial status, the U.S. Probation Office instructed the offender to submit monthly payments of no less than $30. His last payment of $30 was received on October 12, 2004.

U.S. Probation Officer Action: Since commencement of his probation term in April 2005, the undersigned officer has instructed the offender, both verbally and in writing, to submit monthly fine payments of no less than $30. As of this writing, West has failed to comply with all directives and his supervision term will expire on April 26, 2009. The offender has maintained gainful employment at Ciao Bella located in Irvington, New Jersey, since September 2008. On March 24, 2009, the undersigned officer notified the Financial Litigation Unit (FLU) and requested their assistance in the implementation of a wage garnishment.

Respectfully submitted,

*Elizabeth Villa/pr*

By: Elizabeth Villa
U.S. Probation Officer
Date: 04/06/09

PROB 12A - Page 2
Richard West

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[✓] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

21 April 2009
_____
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

April 13, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
United States District Court Judge
Martin Luther King, Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

                                      RE:    **WEST, Richard**
                                            DKT. #: 00-00286-001
                                            <u>Notification of Noncompliance</u>

Dear Judge Walls:

On March 21, 2001, Your Honor sentenced the above-named offender to fifty-five (55) months imprisonment following his conviction for possession of firearms by a convicted felon in violation of Title 18 U.S.C. §§ 922 (g)(2) & (2). A three-year term of supervised release commenced on April 27, 2005. Special conditions include financial disclosure. It was further ordered that the offender satisfy a $1,000 fine prior to the expiration of his supervised release term. DNA testing was completed on July 29, 2005.

On August 16, 2007, the undersigned officer wrote the Court requesting that Your Honor issue a warrant for the offender based on his overall noncompliance due to his failure to report as directed, submit monthly supervision reports, and failure to maintain gainful employment and/or enroll in school. On August 22, 2007, Your Honor issued an arrest warrant. A violation of supervised release hearing was held on September 11, 2007, at which time, the offender pled guilty to violation # 1, 'failure to submit monthly supervision reports.' Your Honor sentenced West to five (5) months home confinement and extended his supervised release term one year. As of April 6, 2009, he owes an outstanding fine balance of $710, despite numerous instructions by the undersigned officer to satisfy in full. The offender's supervised release term is due to expire on April 26, 2009.

The purpose of this letter is to advise Your Honor of this offender's noncompliance. Enclosed, please find the Probation Form 12A for your review. We will make ourselves available should the Court wish to discuss this matter. If there are any questions, please do not hesitate to contact the undersigned at (973) 645-4697.

                                                            Very truly yours,

                                                            CHRISTOPHER MALONEY, Chief
                                                            U.S. Probation Officer
                                                            By: Elizabeth A. Villa
                                                              U.S. Probation Officer

/eav
enclosure