# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

June 11, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
United States District Court Judge
Martin Luther King, Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

        RE:    WEST, Richard
        DKT. #: 00-00286-001
        **Notification of Compliance**

Dear Judge Walls:

On March 21, 2001, Your Honor sentenced the above-named offender to fifty-five (55) months imprisonment following his conviction for possession of firearms by a convicted felon in violation of Title 18 U.S.C. §§ 922 (g)(2) & (2). A three-year term of supervised release commenced on April 27, 2005. Special conditions include financial disclosure. It was further ordered that the offender satisfy a $1,000 fine prior to the expiration of his supervised release term. DNA testing was completed on July 29, 2005.

On April 6, 2009, the undersigned officer wrote Your Honor to advise of this offender's upcoming expiration date and to advise of his failure to satisfy his remaining fine balance of $710. On April 21, 2009, Your Honor signed the order requesting a summons for a hearing.

The purpose of this letter is to advise Your Honor that on June 2, 2009, the offender satisfied his outstanding fine balance in full. As of this writing, Mr. West no longer has any financial obligation to the United States District Court and is in compliance. At this time, we respectfully recommend that Your Honor withdraw the summons and allow the offender's supervision term to expire as scheduled. We will make ourselves available should the Court wish to discuss this matter in further detail. If there are any questions, please do not hesitate to contact the undersigned at (973) 645-4697.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

*[signature: Elizabeth Villa]*

By: Elizabeth A. Villa
U.S. Probation Officer

/eav

*So Ordered* *[signature]* 22 June 2009